UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA ESPINAL,

    Plaintiff,

v.                                      Case No: 6:25-cv-2184-JSS-RMN

SIMPLY SOUTHERN
RESTAURANT GROUP, LLC,

    Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

\_\_\_\_\_ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: 11/20/2025

EQUAL ACCESS LAW GROUP, PLLC
Attorneys for Plaintiff

/s/ Mark Berrios-Ayala
Mark Berrios-Ayala
Florida Bar Number 1002272
68-29 Main Street,
Flushing, New York 11367
O: 844-731-3343
D: 321-364-4507
Email: mba@ealg.law